# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **COUNTRY CLASSICS AT** | : | |
| **MORGAN HILL HOMEOWNERS'** | : | |
| **ASSOCIATION, INC., a/k/a** | : | |
| **COUNTRY CLASSICS AT** | : | |
| **MORGAN HILL CONDOMINIUM** | : | |
| **ASSOCIATION, INC.,** | : | |
| | : | |
| Plaintiff | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | NO. 09-CV-4903 |
| **COUNTRY CLASSICS AT** | : | |
| **MORGAN HILL, LLC,** | : | |
| | : | |
| Defendant | : | |

## ORDER

AND NOW, this 27th day of April 2011, upon consideration of Defendant Country Classics at Morgan Hill, LLC's Motion to Dismiss Counts II and III and Motion for a More Definite Statement as to Count I (Doc. No. 2) and all filings thereto, it is hereby **ORDERED** that Defendant's Motion to Dismiss is **GRANTED** as to Count III, and as to Count II, insofar as it alleges contractual unconscionability.

It is further **ORDERED** that Defendant's Motion for a More Definite Statement as to Count I and Motion to Dismiss Plaintiff's Count II unjust enrichment claim are **DENIED.**

BY THE COURT:

/s/ Cynthia M. Rufe
───────────────────────────
HON. CYNTHIA M. RUFE